UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DARION WILSON,<br><br>        Defendant. | CASE NO.: 21CR2690-BTM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Sentence With PSR Hearing currently scheduled for August 24, 2022 at 2:00 p.m. be continued to October 19, 2022 at 1:00 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED**.

Dated: August 9, 2022

_____
**HONORABLE BARRY TED MOSKOWITZ**
UNITED STATES DISTRICT JUDGE